UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD D. ROSS,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTONY BURKES, et al.,<br><br>        Defendants. | Case No. 22-cv-03467-DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendants Anthony Burks and Mercy Housing Management Group, Inc.[1] filed a motion to dismiss on March 8, 2023. Currently, the motion is set for a court hearing on April 27, 2023. Plaintiff Leonard D. Ross is pursuing this action without legal representation. According to the local court rules, Plaintiff should have filed any brief in opposition to Defendants' motion by March 22, 2023. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

**The court ORDERS Plaintiff to respond by April 18, 2023 and explain his failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit his opposition to the court or (2) file a statement of non-opposition to the motion.** This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by April 18, 2023, Defendants' motion may be granted or the case may be dismissed for failure to prosecute.

The court further ORDERS that Defendants shall file a reply, if any, to Plaintiff's opposition no later than April 25, 2023. The April 27, 2023 hearing on Defendants' motion to dismiss is vacated and will be reset by the court at a later date if appropriate. The initial case

---

[1] The court has received Defendants' notice of non-opposition, in which they note that Anthony Burks and Mercy Housing Management Group, Inc. were erroneously sued as Antony Burkes and Mercy Housing.org respectively. [Docket No. 25 at 1-2.]

management conference set for the same date is also vacated.

The court refers Plaintiff to the section "Representing Yourself" on the court's website, located at http://cand.uscourts.gov/pro-se-litigants, as well as the Court's Legal Help Center for unrepresented parties. The Legal Help Center may be reached by phone at (415) 782-8982.

**IT IS SO ORDERED.**

Dated: March 28, 2023

_____
DONNA M. RYU
Chief Magistrate Judge