UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD D. ROSS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONY BURKES, et al.,<br><br>　　　　　Defendants. | Case No.  22-cv-03467-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On March 28, 2023, the court issued an Order to Show Cause, instructing Plaintiff to submit a written statement by no later than April 18, 2023 explaining Plaintiff's failure to respond to Defendants' motion to dismiss. [Docket No. 26.] Plaintiff was ordered to submit his opposition or file a statement of non-opposition to Defendants' motion to dismiss by the same date. *Id.* The Order to Show Cause stated that failure to respond by April 18, 2023 may result in dismissal of this action. Plaintiff did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.[1]

**IT IS SO ORDERED.**

Dated: April 25, 2023

_____
DONNA M. RYU
Chief Magistrate Judge

---

[1] The court has received Defendants' second notice of non-opposition, in which they ask that the court grant the pending motion to dismiss and impose sanctions against Plaintiff for failure to respond to the Order to Show Cause. [Docket No. 27.] The requests are denied as moot in light of the court's dismissal of this action.